IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 30 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-644-OES

STEVEN JAY BRUNSTING,

    Applicant,

v.

JOE PELLE, Sheriff of Boulder County, Colorado, and
JOHN W. SUTHERS, Attorney General for the State of Colorado,

    Respondent.

## ORDER DISMISSING CASE

This matter is before the Court on the response to order for amended application and to show cause that Applicant Steven Jay Brunsting submitted through counsel and the Court filed on June 15, 2005. In the response, Mr. Brunsting informs the Court that he wants to withdraw voluntarily his habeas corpus application.

The Court will treat the June 15, 2005, response as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Respondents in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice

closes the file. **See Hyde Constr. Co.**, 388 F.2d at 507. Accordingly, it is

ORDERED that the response to order for amended application and to show cause that Applicant Steven Jay Brunsting submitted through counsel and the Court filed on June 15, 2005, is treated as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of June 15, 2005, the date the notice of dismissal was filed in this action. It is

FURTHER ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice. It is

FURTHER ORDERED that judgment is entered in favor of Respondents and against Applicant.

DATED at Denver, Colorado, this 29 day of June, 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-00644-OES

Joseph Saint-Veltri
Attorney at Law
900 Logan Street
Denver, CO 80203

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on __6/30/05__

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk